IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BERTHINIA WILLIAMS,<br>Appellant,<br>vs.<br>KEVIN M. DAVIS,<br>Respondent. | No. 78746 |

FILED

MAY 14 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER REMANDING AND DISMISSING APPEAL*

This is an appeal from a district court judgment dismissing a tort action with prejudice. On November 23, 2020, this court remanded this matter for the limited purpose of allowing the district court to consider and enter an order resolving appellant Berthinia Williams' NRCP 60(b) motion. On February 23, 2021, the district court entered an order on limited remand granting Williams' motion for relief pursuant to NRCP 60(b).

In light of the district court's order, we remand this matter to the district court for further proceedings consistent with its February 23, 2021, order, and we dismiss this appeal. *See* NRAP 12A.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.          _____, J.
Stiglich                                                Silver

cc: Hon. Bita Yeager, District Judge
    Hutchison & Steffen, LLC/Las Vegas
    Hansen & Hansen, LLC
    Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

21-13896